*Mr. T. W. Bariley* and *Mr. S. E. Jenner* for appellants.

*Mr. Attorney General* for appellee.

---

## BAILEY *v.* WORK.

ERROR TO CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 540.   Argued March 30, 1875. — Decided April 12, 1875.

*Bailey* v. *Clark*, 21 Wall. 284, followed.

MR. JUSTICE FIELD delivered the opinion of the court.

This case involves the same question which was considered and determined in the case of *Bailey* v. *Clark*, 21 Wall. 284, just decided, and upon the authority of that case the judgment is

*Affirmed.*

*Mr. Attorney General* for plaintiff in error.

*Mr. J. E. Burrill* for defendant in error.